| | |
|---|---|
| FARRAH MIRABEL<br>STATE BAR NO. 162933<br>fmesq@fmirabel.com<br>**LAW OFFICES OF FARRAH MIRABEL**<br>1070 Stradella Rd.<br>LOS ANGELES, CA 90077<br>TELEPHONE: (714) 972-0707 Fax: (949) 417-1796<br><br>*Attorneys for Plaintiff: Maria Estrada, on behalf of herself and all similarly situated persons, and the general public* | Phil J. Montoya, Jr. (SBN 124085)<br>pmontoya@hpylaw.com<br>**HAWKINS PARNELL & YOUNG, LLP**<br>445 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90071-1651<br>Phone: 213.486.8000<br>Fax: 213.486.8080<br><br>Ronald G. Polly, Jr. (*admitted pro hac vice*)<br>Georgia Bar No. 583264<br>rpolly@hpylaw.com<br>Matthew A. Boyd (*admitted pro hac vice*)<br>Georgia Bar No. 027645<br>mboyd@hpylaw.com<br>303 Peachtree Street, N.E., Suite 4000<br>Atlanta, Georgia 30308<br>Phone: 404.614.7400<br>Fax: 404.614.7500<br><br>and<br><br>David A. Wimmer (SBN 155792)<br>dwimmer@swerdlowlaw.com<br>Emily Camastra (SBN 258808)<br>ecamastra@swerdlowlaw.com<br>**SWERDLOW FLORENCE SANCHEZ SWERDLOW & WIMMER**<br>**A Law Corporation**<br>9401 Wilshire Blvd., Suite 828<br>Beverly Hills, CA 90212<br>Phone: 310.288.3980<br>Fax: 424.281.2575<br><br>*Attorneys for Defendant RSCR California, Inc* |

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Estrada, on behalf of herself and for all similarly situated persons, and the general public<br><br>　　　　Plaintiff,<br>　　vs.<br><br>HY-LOND HOME, a business organization form unknown; RSCR California Inc., a California Corporation, and DOES 1 throug 50, inclusive;<br><br>　　　　Defendants. | **Case No.: 8:20-cv-01703-JAK-KK**<br><br>**HON. JOHN A. KRONSTADT**<br><br><br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties, by and through their respective counsel, hereby give notice that the above-captioned matter has been settled. As directed by Magistrate Judge Kato, the parties will file a stipulation of dismissal within thirty (30) days.

DATED: July 2, 2022      **LAW OFFICES OF FARRAH MIRABEL**

BY:   /s/ *Farrah Mirabel*
       Farrah Mirabel, Esq.
       ATTORNEYS FOR PLAINTIFF

DATED: July 2, 2022      **HAWKINS PARNELL & YOUNG, LLP**

BY:   /s/ *Ronald G. Polly, Jr.*
Ronald G. Polly, Jr.
Matthew A. Boyd
Phil J. Montoya Jr.
David A. Wimmer
Emily Camastra
*ATTORNEYS FOR DEFENDANT RSCR California Inc.*