# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ESTRADA, on behalf of themselves and for all similarly situated persons, and the general public,<br><br>　　　　　　　　Plaintiff<br><br>　v.<br><br>HY-LOND HOME, a business organization, form unknown; and RSCR California Inc., a California Corporation,<br><br>　　　　　　　　Defendants. | No. 8:20-cv-01703-JAK-KK<br><br>**ORDER RE STIPULATION OF DISMISSAL (DKT. 47)** |

Based on a review of the parties' Stipulation of Dismissal (the "Stipulation" (Dkt. 47)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Plaintiff's claims against Defendant RSCR California, Inc. are dismissed with prejudice, and each party shall bear their own costs and attorney's fees.

/ /

/ /

/ /

- 1 -

1  **IT IS SO ORDERED.**

3  DATED: September 21, 2021

_____
John A. Kronstadt
United States District Judge

- 2 -